MOSELEY <em>v.</em> COLEMAN & FLANDERS.

EVANS, P. J. No error of law is sufficiently assigned; and the evidence, though conflicting, is sufficient to support the judgment of the court, who tried the case without a jury.

<em>Judgment affirmed. All the Justices concur.</em><br>OCTOBER 14, 1914.

Illegality of execution. Before Judge Rawlings. Toombs superior court. August 30, 1913.

*Cowart & Brown,* for plaintiff in error. *T. J. Parrish,* contra.